1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    BRYAN DAMON PATTERSON,                    1:25-cv-00602-HBK (PC)

10              Plaintiff,                     ORDER TO SUBMIT ENCLOSED
                                              APPLICATION TO PROCEED *IN FORMA*
11        v.                                  *PAUPERIS* OR PAY FILING FEE

12    J. ANDERSON, et al.,                    30-DAY DEADLINE

13              Defendant.

14

15          Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under

16   42 U.S.C. § 1983 on May 21, 2025.  (Doc. No. 1).  Plaintiff did not accompany the complaint

17   with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. §

18   1915.

19          Accordingly, it is **ORDERED**:

20          Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the

21   attached application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.  If Plaintiff

22   fails to timely comply with this order, or request an extension by showing good cause, the

23   undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a

24   court order and/or prosecute this action.

25   Dated:    May 21, 2025

26                                             HELENA M. BARCH-KUCHTA
                                              UNITED STATES MAGISTRATE JUDGE
27

28

1